IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MAMADOU DIOP,

    Petitioner,

v.                                                     Civil Action No. **3:13CV205**

ENRIQUE LUCERO, *et al.*,

    Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on May 7, 2013, the Court conditionally docketed Petitioner's action. On May 14, 2013, United States Postal Service returned the May 7, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                              /s/
                                                  John A. Gibney, Jr.
                                                  United States District Judge

Date: 7/18/13
Richmond, Virginia